**Manuel LAZARO, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3190.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2011.

Manuel Lazaro, Homestead, FL, pro se.

## ON MOTION

## ORDER

Manuel Lazaro moves for various relief, including damages and to have his case investigated by the Office of Special Counsel.

Arguments concerning the merits of his petition should be included in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.